422 A.2d 703

Shaw, etc., et al., Appellants, v. Berenson.

Argued March 19, 1979. Aloysius J. Staud, for appellant; Henry L. Menin, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment affirmed.